**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-80580-CIV-ROSENBERG/ REINHART

SHANNON MULLINGS,

      Plaintiff,

v.

LIFE TIME, INC.,

      Defendant.

_____/

**DEFENDANT'S AMENDED REMOVAL STATUS REPORT**

Defendant **LIFE TIME, INC.** ("**Life Time**" or "**Defendant**") amends its previously filed Removal Status Report [ECF 8] to clarify citizenship:

**I.**      **PLAIN STATEMENT OF NATURE OF CLAIM**

Life Time operates a chain of premium fitness and lifestyle facilities throughout the United States and Canada, including one facility located in Palm Beach Gardens, Florida ("**Life Time Palm Beach Gardens**").  From April 12 to June 7, 2024, Plaintiff **SHANNON MULLINGS** ("**Plaintiff**") worked at Life Time Palm Beach Gardens.

On January 6, 2025, Plaintiff filed a one-page Complaint against Life Time in state court, alleging employment-related claims that appear to involve harassment and race discrimination; however, the one-page Complaint does not allege sufficient facts with clarity and no specific legal claims are alleged.  *See* ECF 1-2, Compl.  ("Life Time inc., staff and members affiliated with Palm Beach Masters Swimming, have encouraged harassment, discrimination toward me.")

Plaintiff claims that she suffered damages in excess of $100,000.00. *See* ECF 1 at 13 (Ex B. to Notice of Removal, State Court Civil Cover Sheet).

Defendant has not filed any counterclaims.  Defendant denies that Plaintiff is entitled to any recovery.

## II.  GROUNDS FOR REMOVAL AND LIST OF ALL PARTIES

This lawsuit was removed on the basis of diversity jurisdiction, as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

Plaintiff is a Florida citizen, while Defendant is a foreign corporation organized under the laws of Minnesota and with its principal place of business in Chanhassen, Minnesota.   ECF 1, Notice of Removal, ¶¶ 6-8.

Plaintiff states that her damages exceed $100,000.00.  Specifically, Plaintiff admits in her state court civil cover sheet that her damages sought in this lawsuit exceed "over $100,000." *See* ECF 1 at 13 (Ex B. to Notice of Removal, State Court Civil Cover Sheet).

Accordingly, this action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and one which may be removed by Defendant to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

The Parties to the action are: Plaintiff **SHANNON MULLINGS** and Defendant **LIFE TIME, INC.**

## III.  PENDING MOTIONS

On May 20, 2025, Defendant filed its Motion to Compel Arbitration and Stay Proceedings with Incorporated Memorandum of Law.  *See* ECF 6.

## IV.  JOINDER BY EACH DEFENDANT

There is only one named defendant in this action.  Defendant filed and consents to this removal.

shutts.com | FORT LAUDERDALE | JACKSONVILLE | MIAMI | ORLANDO | SARASOTA | TALLAHASSEE | TAMPA | WEST PALM BEACH

## V.    REMOVAL WITHIN 30 DAYS

On April 23, 2025, a sheriff delivered the Summons and Complaint to a Life Time employee working at Life Time's place of business.  On May 13, 2025, Defendant filed its Notice of Removal.  Thus, this Notice of Removal was timely filed within thirty (30) days after receipt of the initial pleading through attempted service on Defendant, pursuant to 28 U.S.C. § 1446(b).

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida  33131
(305) 347-7337
(305) 347-7837 (Facsimile)
rllorens@shutts.com

By: *s/ Rene Gonzalez-LLorens*
     Rene Gonzalez-LLorens
     Florida Bar No. 53790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st  day of May, 2025, I sent the foregoing via email, as well as electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which sent notice to:

Ms. Shannon Mullings
P.O. Box 14262
North Palm Beach, Florida 33408
Email: ShannonMullings.876@gmail.com
*Pro Se*

*s/ Rene Gonzalez-LLorens*
Of Counsel

MIADOCS 30051489 1

-3-