UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CV-80580-ROSENBERG

SHANNON MULLINGS,

  Plaintiff,

v.

LIFE TIME, INC.,

  Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING PROCEEDINGS

**THIS MATTER** comes before the Court upon Defendant Life Time, Inc.'s Motion to Compel Arbitration and Stay Proceedings [DE 6]. Local Rule 7.1(c)(1) cautions litigants that failure to timely respond to a motion "may be deemed sufficient cause for granting the motion by default." And, pursuant to the Court's second order to show cause as to why Defendant's Motion should not be granted, Plaintiff had until June 30, 2025, to file any response to Defendant's Motion to Compel Arbitration. DE 14. No response appears in the court file. Thus, under Local Rule 7.1(c)(1) and Plaintiff's failure to file a response to the Motion, the Court **GRANTS** the Motion to Compel Arbitration and Stay Proceedings. The parties **ORDERED** to arbitrate their claims pursuant to their arbitration agreement and this matter is **STAYED** pending the parties' arbitration. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of July, 2025.

Copies furnished to:
All counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE